UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Johnson Electric North America, Inc., *et al.*,

        Plaintiffs,

v.

Daimay North America Automotive, Inc.,

        Defendant.

Case No. 19-cv-13190

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

_____/

## ORDER VACATING SHOW CAUSE [5]

On November 7, 2019, the Court ordered Plaintiffs Johnson Electric North America, Inc. and Parlex USA LLC to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs responded on November 19, 2019, and provided the Court with additional information regarding Parlex USA LLC's sole member's citizenship, thereby demonstrating diversity jurisdiction in this case.

The order to show cause has been satisfied and is vacated.

IT IS SO ORDERED.

Dated: November 21, 2019          s/Judith E. Levy

Ann Arbor, Michigan                    JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2019.

                                       s/William Barkholz
                                       Case Manager